SCOTT A. KRONLAND (Lead Counsel, *admitted pro hac vice*)
JEFFREY B. DEMAIN (*admitted pro hac vice*)
CORINNE JOHNSON (*admitted pro hac vice*)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-mail: skronland@altber.com
         jdemain@altber.com
         cjohnson@altber.com

JAMES S. COON, OSB No. 771450 (Local Counsel)
THOMAS, COON, NEWTON & FROST
820 SW Second Ave., Suite 200
Portland, OR 97204
Telephone: (503) 228-5222
Facsimile: (503) 273-9175
E-mail: jcoon@tcnf.legal

*Attorneys for Defendant SEIU Local 503, OPEU*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| RYAN CRAM, LAURA BAILEY, RICHARD CAMPBELL, BARBARA GRABELL, RENEE LEHNER, KATHERINE MANGLONA, DEANNE MURFIN, RUTH OLSON, CORI STEPHENS, and KATHLEEN TRYON, as individuals and representatives of the respective requested classes;<br><br>            Plaintiff,<br><br>    v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 503, OREGON PUBLIC EMPLOYEES UNION, a labor organization; and KATY COBA, in her official capacity as Director of the Oregon Department of Administrative Services;<br><br>            Defendants. | Case No. 6:20-cv-00544-MK<br><br>**STIPULATION RE: COMPLAINT AND DEFENDANT SEIU LOCAL 503'S ANSWER TO COMPLAINT** |

The parties to the above-captioned action, Plaintiffs Ryan Cram, *et al.*, and Defendants Service Employees International Union Local 503, Oregon Public Employees Union ("SEIU Local 503") and Katy Coba, in her official capacity as Director of the Oregon Department of Administrative Services ("Coba"), hereby enter into the following stipulation regarding Plaintiffs' Complaint (Dkt. No. 1) and Defendant SEIU Local 503's Answer to the Complaint (ECF No. 15):

1. The following underlined language is hereby added to Paragraph 42 of the Complaint: "Since May 1, 2018, Olson has been a non-member of SEIU 503, yet SEIU 503 deducted $2.75 per month from Olson's wages for the Issues Assessment until June of 2018."

2. The following underlined language is hereby added to the second sentence of Paragraph 60 of the Complaint: "SEIU 503 refused to cease dues deductions or the deduction of the Issues Assessment, and continued taking both out of her wages until July of 2019."

3. Paragraph 39 of the Answer was intended to admit the allegation of Paragraph 39 of the Complaint, not those of Paragraph 29 of the Complaint. The following sentence is therefore substituted for Paragraph 39 of the Answer: "SEIU Local 503 admits the allegations of Paragraph 39."

///
///
///
///
///
///
///
///

The foregoing is so stipulated and agreed among the parties, by and through their undersigned counsel of record.

Dated:  June 16, 2020	By:	       /s/Jeffrey B. Demain
				Jeffrey B. Demain

Scott Kronland
Jeffrey B. Demain
Corinne Johnson
Altshuler Berzon LLP

James S. Coon
Thomas, Coon, Newton & Frost

*Attorneys for Defendant Service Employees International Union Local 503, Oregon Public Employees Union*

Dated:  June 16, 2020	By:	       /s/Rebekah C. Millard
				Rebekah C. Millard

REBEKAH C. MILLARD, OSB #121199
rmillard@freedomfoundation.com
JAMES ABERNATHY, OSB #161867
jabernathy@freedomfoundation.com
FREEDOM FOUNDATION
PO Box 552
Olympia, WA 98507
Telephone: 360.956.3482

*Attorneys for Plaintiffs and the Proposed Class*

///

///

///

///

///

///

Dated:  June 16, 2020            By:         /s/Sadie Forzley
                                            Sadie Forzley

                                    ELLEN F. ROSENBLUM
                                    Attorney General
                                    SADIE FORZLEY  #151025
                                    Assistant Attorney General
                                    CARLA A. SCOTT #054725
                                    Senior Assistant Attorney General
                                    Department of Justice
                                    100 SW Market Street
                                    Portland, OR 97201
                                    Telephone: (971) 673-1880
                                    Fax: (971) 673-5000
                                    Email:  sadie.forzley@doj.state.or.us
                                                carla.a.scott@doj.state.or.us

                                    *Attorneys for Katy Coba*