IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN CRAM, et al.,

        Plaintiffs,                                    Civ. No. 6:20-cv-544-MK

        v.                                                ORDER

LOCAL 503 SERVICE EMPLOYEES
INTERNATION UNION, et al.,

        Defendants.

_____

MCSHANE, Judge:

        Magistrate Judge Mustafa Kasubhai filed a Findings and Recommendation (#35), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Kasubhai's Findings and Recommendation (#35) is adopted. Defendants' motions to dismiss (# 20, 22) are GRANTED. Plaintiffs' claims for declaratory and injunctive relief are dismissed, without prejudice.

IT IS SO ORDERED.

        DATED this 17th of March, 2021.

                                                                  _____/s/ Michael J. McShane_____
                                                                              Michael McShane
                                                                       United States District Judge