IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN CRAM *et al.*,

                                   Plaintiffs,

                    v.

SERVICE EMPLOYEES
INTERNATIONAL UNION LOCAL 503,
OREGON PUBLIC EMPLOYEES UNION
*et al.*,

                                   Defendants.

6:20-cv-00544-MK

JUDGMENT

Based on the Court's Opinion and Order (ECF No. 57), IT IS ORDERED AND

ADJUDGED that judgment is entered in favor of Defendants and against Plaintiffs.

Dated this 21st day of March 2022.

s/ Mustafa T. Kasubhai
MUSTAFA T. KASUBHAI (He/Him)
United States Magistrate Judge